THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Scott Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INTRAWEST CALIFORNIA HOLDINGS, INC., INTRAWEST HOSPITALITY MANAGEMENT, INC., INTRAWEST RETAIL GROUP, INC., FIRST ASCENT OWNERS ASSOCIATION, INC.<br><br>　　　　Defendants.<br>_____/ | Case No.  2:07-CV-702-LKK-GGH<br><br>STIPULATION OF DISMISSAL OF FIRST AMENDED COMPLAINT; ORDER |

　　　　The parties hereto stipulate as follows:

　　　　Defendants Intrawest Holdings, Inc. and Intrawest Retail Group, Inc. were previously dismissed.

　　　　Plaintiff and Intrawest Hospitality Management, Inc. (Intrawest) have reached a full and final settlement of all issues raised in the First Amended Complaint in this action.  A Settlement

　　　　2:07-CV-702-LKK-GGH　　　　　　　　1

Agreement between the parties has been fully executed.  Defendant First Ascent Owners Association, Inc. (First Ascent) is not a party to the Settlement Agreement.  Nevertheless, by this Stipulation for Dismissal; Order, as to the First Amended Complaint, both Intrawest and First Ascent are being dismissed with prejudice.  The Cross-claim filed by First Ascent against Intrawest in this Action is not affected by this Stipulation for Dismissal; Order.

Some parts of the Settlement Agreement are to be performed in the future.  Plaintiff and Intrawest shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The Plaintiff and Intrawest request the Court to retain jurisdiction for one year from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the First Amended Complaint is hereby being dismissed with prejudice, Plaintiff and Intrawest agree that the Court will retain jurisdiction over this action and the parties to the Settlement Agreement in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the Plaintiff and Intrawest, through their designated counsel, that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction solely to enforce the terms of the Settlement Agreement for one year after the date hereof.

IT IS FURTHER STIPULATED by and between Plaintiff and Defendant First Ascent, through their designated counsel, that Plaintiff's First Amended Complaint against First Ascent be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2) and Defendant First

Ascent shall have no obligation to make any of the modifications indicated in the Plaintiff's expert (Kim R. Blackseth) report dated February 8, 2008, and filed with the Court on February 9, 2008. Further, Plaintiff releases and discharges Defendant First Ascent from all claims, demands, attorneys' fees, or causes of action related to the First Amended Complaint and Defendant First Ascent shall have no obligation to pay any money to Plaintiff in connection with this Dismissal.

Date:   September 10, 2008                              Date:   October 1, 2008


S/Charles E. Noneman,                              S/Thomas N. Stewart, III,
Attorney for Intrawest                             Attorney for Plaintiff



Date: September 30, 2008


S/Sam Y. Chon,
Attorney for First Ascent



IT IS SO ORDERED:



Date:   October 3, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT