1  Bradley J. Epstein (CA State Bar No. 171567)
2  Sam Y. Chon (CA State Bar No. 197246)
   ANGIUS & TERRY LLP
3  1451 River Park Drive, Suite 285
   Sacramento, CA 95815
4  Telephone: (916) 567-1400
   Facsimile: (916) 567-1401

5  Attorneys for Defendant and Cross-Claimant
6  FIRST ASCENT OWNERS ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>INTRAWEST CALIFORNIA HOLDINGS, INC., INTRAWEST HOSPITALITY MANAGEMENT, INC., INTRAWEST RETAIL GROUP, INC., FIRST ASCENT OWNERS ASSOCIATION, INC.,<br><br>    Defendants. | Case No. 2:07-CV-702-LKK-GGH<br><br>**STIPULATION OF DISMISAL OF CROSS-ACTION; ORDER** |
| FIRST ASCENT OWNERS ASSOCIATION, INC.,<br><br>    Cross-claimant,<br><br>v.<br><br>INTRAWEST HOSPITALITY MANAGEMENT, INC.,<br><br>    Cross-defendant. | |

2:07-CV-702-LKK-GGH

1

ANGIUS & TERRY LLP
1451 River Pk Dr, #285
Sacramento, CA 95815
(916) 567-1400

PDF created with pdfFactory trial version www.pdffactory.com

The parties hereto stipulate as follows:

Previously, a settlement agreement between Plaintiff SCOTT JOHNSON and Defendant INTRAWEST HOSPITALITY MANAGEMENT, INC. (Intrawest) has been fully executed. Defendant and Cross-Claimant FIRST ASCENT OWNERS ASSOCIATION, INC. ("First Ascent") was not a party to the settlement agreement between Plaintiff and Intrawest. However, pursuant to the Stipulation of Dismissal of First Amended Complaint; Order attached hereto as **Exhibit A,** Plaintiff's First Amended Complaint was dismissed, with prejudice, as to both Intrawest and First Ascent. Defendants Intrawest Holdings, Inc. and Intrawest Retail Group, Inc. were dismissed prior to any settlement agreements.

Now, First Ascent and Intrawest have reached a full and final settlement pursuant to the terms of a written Settlement Agreement. Pursuant to the Settlement Agreement, First Ascent agrees to dismiss its Cross-Claim (Cross-Action) against Intrawest, with prejudice.

Some parts of the Settlement Agreement are to be performed in the future. Although the Cross-Action is hereby being dismissed with prejudice, First Ascent and Intrawest agree and request the Court to retain jurisdiction for one (1) year from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of <u>Kokkonen v. Guardian Life Insurance Co. Of America</u>, 511 U.S. 375, 381-82 (1994).

IT IS HEREBY STIPULATED by and between First Ascent and Intrawest, through their designated counsel, that First Ascent's Cross-Action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a) (2), and the court retains the jurisdiction solely to enforce the terms of the Settlement Agreement for one (1) year after the date hereof.

| | |
|---|---|
| Date : December 29, 2008 | Date:   January 14, 2009 |
| <u>S/Charles E. Noneman</u> | <u>S/Sam Y. Chon</u> |
| Attorney for Intrawest | Attorney for First Ascent |

2:07-CV-702-LLKGGH

2

ANGIUS & TERRY LLP
1451 River Pk Dr, #285
Sacramento, CA 95815
(916) 567-1400

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED:**

3  Date:   January 16, 2009

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

27  2:07-CV-702-LLKGGH

3

ANGIUS & TERRY LLP
1451 River Pk Dr, #285
Sacramento, CA 95815
(916) 567-1400

PDF created with pdfFactory trial version www.pdffactory.com